# UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
### WESTERN DIVISION

In re: HILL, DENNIS A.                    §    Case No. 08-73389
                                          §
   HILL HEATING & AIR CONDITIONING        §
Debtor(s)                                 §

## NOTICE OF TRUSTEE'S FINAL REPORT AND
## APPLICATIONS FOR COMPENSATION
## AND DEADLINE TO OBJECT (NFR)

Pursuant to Fed. R. Bankr. P.2002(a)(6) and 2002(f)(8), please take notice that BERNARD J. NATALE                , trustee of the above styled estate, has filed a Final Report and the trustee and the trustee's professionals have filed final fee applications, which are summarized in the attached Summary of Trustee's Final Report and Applications for Compensation.

The complete Final Report and all applications for compensation are available for inspection at the Office of the Clerk, at the following address:

Clerk of The U S Bankruptcy Court
211 South Court Street
Rockford IL 61101

Any person wishing to object to any fee application that has not already been approved or to the Final Report, must file a written objection within  21 days from the mailing of this notice, serve a copy of the objections upon the trustee, any party whose application is being challenged and the United States Trustee.  A hearing on the fee applications and any objection to the Final Report will be held at 09:30am on 07/19/2010 in Courtroom 115, United States Courthouse, 211 South Court Street
Rockford IL 61101.
If no objections are filed, upon entry of an order on the fee applications, the trustee may pay dividends pursuant to FRBP 3009 without further order of the Court.


Dated:  06/16/2010            By:   /s/BERNARD J. NATALE
                                              Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**UST Form 101-7-NFR (9/1/2009)**

## UNITED STATES BANKRUPTCY COURT
## NORTHERN DISTRICT OF ILLINOIS
## WESTERN DIVISION

| | | |
|---|---|---|
| In re: HILL, DENNIS A. | § | Case No. 08-73389 |
| | § | |
| HILL HEATING & AIR CONDITIONING | § | |
| Debtor(s) | § | |

## SUMMARY OF TRUSTEE'S FINAL REPORT
## AND APPLICATIONS FOR COMPENSATION

| | | |
|---|---|---|
| *The Final Report shows receipts of* | $ | 15,001.73 |
| *and approved disbursements of* | $ | 11.85 |
| *leaving a balance on hand of* [1] | $ | 14,989.88 |

Claims of secured creditors will be paid as follows:

| Claimant | Proposed Payment |
|---|---|
| N/A | |

Applications for chapter 7 fees and administrative expenses have been filed as follows:

| Reason/Applicant | | Fees | | Expenses |
|---|---|---|---|---|
| Trustee | BERNARD J. NATALE | $ | 2,250.17 | $ |
| Attorney for trustee | BERNARD J. NATALE, LTD. | $ | 7,507.50 | $ 45.54 |
| Appraiser | | $ | | $ |
| Auctioneer | | $ | | $ |
| Accountant | | $ | | $ |
| Special Attorney for trustee | | $ | | $ |
| Charges, | U.S. Bankruptcy Court | $ | | $ |
| Fees, | United States Trustee | $ | | $ |
| Other | | $ | | $ |

Applications for prior chapter fees and administrative expenses have been filed as follows:

| Reason/Applicant | Fees | Expenses |
|---|---|---|

[1] The balance of funds on hand in the estate may continue to earn interest until disbursed. The interest earned prior to disbursement will be distributed pro rata to creditors within each priority category. The trustee may receive additional compensation not to exceed the maximum compensation set forth under 11 U.S.C. § 326(a) on account of the disbursement of the additional interest.

**UST Form 101-7-NFR (9/1/2009)**

| | | | | |
|---|---|---|---|---|
| *Attorney for debtor* | _____ | $_____ | $_____ |
| *Attorney for* | _____ | $_____ | $_____ |
| *Accountant for* | _____ | $_____ | $_____ |
| *Appraiser for* | _____ | $_____ | $_____ |
| *Other* | _____ | $_____ | $_____ |

In addition to the expenses of administration listed above as may be allowed by the Court, priority claims totaling $113,417.55 must be paid in advance of any dividend to general (unsecured) creditors.

Allowed priority claims are:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 2P | Illinois Department of Employment Security | $ 9,767.21 | $ 446.66 |
| 4P | Internal Revenue Service | $ 103,650.34 | $ 4,740.01 |

The actual distribution to wage claimants included above, if any, will be the proposed payment less applicable withholding taxes (which will be remitted to the appropriate taxing authorities).

Timely claims of general (unsecured) creditors totaling $ 33,098.09 have been allowed and will be paid *pro rata* only after all allowed administrative and priority claims have been paid in full. The timely allowed general (unsecured) dividend is anticipated to be 0.0 percent.

Timely allowed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| 2U | Illinois Department of Employment Security | $ 390.00 | $ 0.00 |
| 4U | Internal Revenue Service | $ 32,708.09 | $ 0.00 |

**UST Form 101-7-NFR (9/1/2009)**

Tardily filed claims of general (unsecured) creditors totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and timely filed general (unsecured) claims have been paid in full.  The tardily filed claim dividend is anticipated to be 0.0 percent.

Tardily filed general (unsecured) claims are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

Subordinated unsecured claims for fines, penalties, forfeitures, or damages and claims ordered subordinated by the Court totaling $ 0.00 have been allowed and will be paid *pro rata* only after all allowed administrative, priority and general (unsecured) claims have been paid in full.  The dividend for subordinated unsecured claims is anticipated to be 0.0 percent.

Subordinated unsecured claims for fines, penalties, forfeitures or damages and claims ordered subordinated by the Court are as follows:

| Claim Number | Claimant | Allowed Amt. of Claim | Proposed Payment |
|---|---|---|---|
| | N/A | | |

The amount of surplus returned to the debtor after payment of all claims and interest is $0.00.

Prepared By:   /s/BERNARD J. NATALE

Bernard J Natale, Trustee

BERNARD J. NATALE
6833 STALTER DRIVE
SUITE 201
ROCKFORD, IL  61108
(815) 964-4700
natalelaw@bjnatalelaw.com

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-NFR (9/1/2009)**

# CERTIFICATE OF NOTICE

```
District/off: 0752-3          User: jshores              Page 1 of 1           Date Rcvd: Jun 28, 2010
Case: 08-73389               Form ID: pdf006             Total Noticed: 27
```

The following entities were noticed by first class mail on Jun 30, 2010.
```
db          +Dennis A. Hill,   380 East Ottawa Street,   Sycamore, IL 60178-1919
aty         +Bernard J Natale,   Law Office of Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
             Rockford, IL 61108-2582
aty         +Jeffrey M Krasner,   407 West State St,   Suite 4,   Sycamore, IL 60178-1455
aty         +Scott E Hillison,   6833 Stalter Drive Ste 201,   Rockford, IL 61108-2582
tr          +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
             Rockford, IL 61108-2582
15244717    +American National Bank,   124 S Main Street,   Sycamore,IL 60178-1822
12743645     Chase,   P.O. Box 15298,   Wilmington DE 19850-5298
12743644     Chase,   Cardmember Service,   PO Box 15153,   Wilmington DE 19886-5153
12743646     Control'd Engineering,   C/O Peregrine, Stime,,   P. O. Box 564,   Wheaton IL 60187-0564
12743647    +DeKalb Daily Chronicle,   C/O Biehl & Biehl,   P. O. Box 87410,   Carol Stream IL 60188-7410
12743653    +Donna  L. Hill,   380 East Ottawa Street,   Sycamore IL 60178-1919
12743654    +Donna L. Hill,   380 E. Ottawa Street,   Sycamore IL 60178-1919
13577900    +Ferguson Enterprises, Inc.,   c/o Dennis E Quaid,   55 East Monroe,   Chicago, IL 60603-5713
12743648    +Ferguson Enterprises, Inc.,   C/O N Wacker Drive, 5th Flr,
             Chicago IL 60606-2851
12743643    ++INTERNAL REVENUE SERVICE,   CENTRALIZED INSOLVENCY OPERATIONS,   PO BOX 21126,
             PHILADELPHIA PA 19114-0326
             (address filed with court:  Internal Revenue Service,   P.O. Box 21126,   Philadelphia PA 19114)
14164172    +Illinois Department of Employment Security,   33 South State Street,
             Chicago, Illinois 60603-2808,   Attn: Bankruptcy Unit - 10th flr.
12743642     Illinois Department of Rev,   POB 19084,   Springfield IL 62794-9084
12743649     Menard's,   PO Box 17602,   Baltimore MD 21297-1602
12743650     Mid-Way Supply, Inc.,   2602 Deborah Avenue,   Zion IL 60099
12743651     Northern Illinois Disposal,   PO Box 673044,   Milwaukee WI 53267-3044
12743638    +Old Second National Bank,   C/O Peter T. Smith,   1958 Aberdeen Coiurt Suite 1,
             Sycamore, IL 60178-3175
12743652    +Resource Bank,   555 Bethany Road,   Dekalb IL 60115-4941
12743639    +The American National Bank,   1825 De Kalb Avenue,   Sycamore IL 60178-3105
12743640    +The American National Bank,   Attn: T. Beasley,   1825 De Kalb Avenue,   Sycamore IL 60178-3105
12743641    +The National Bank & Trust,   Company of Sycamore,   230 West State Street,
             Sycamore IL 60178-1419
14351650    +The National Bank & Trust Company,   230 West State Street,   Sycamore, IL 60178-1489
15244718    +Troy Froeming,   c/o Peter Thomas Smith,   1958 Aberdeen Court, Suite 1,
             Sycamore, IL 60178-3175
```

The following entities were noticed by electronic transmission.
```
NONE.                                                                          TOTAL: 0
```

```
          ***** BYPASSED RECIPIENTS (undeliverable, * duplicate) *****
12743637     G.M.A.C.
aty*        +Bernard J Natale,   Bernard J. Natale, Ltd.,   6833 Stalter Drive,   Suite 201,
             Rockford, IL 61108-2582
12743655*   +Donna L. Hill,   380 East Ottawa Street,   Sycamore IL 60178-1919
                                                                               TOTALS: 1, * 2
```

Addresses marked '+' were corrected by inserting the ZIP or replacing an incorrect ZIP.
USPS regulations require that automation-compatible mail display the correct ZIP.

Addresses marked '++' were redirected to the recipient's preferred mailing address
pursuant to 11 U.S.C. 342(f)/Fed.R.Bank.PR.2002(g)(4).

**I, Joseph Speetjens, declare under the penalty of perjury that I have sent the attached document to the above listed entities in the manner shown, and prepared the Certificate of Service and that it is true and correct to the best of my information and belief.**

**Meeting of Creditor Notices only (Official Form 9): Pursuant to Fed. R. Bank. P. 2002(a)(1), a notice containing the complete Social Security Number (SSN) of the debtor(s) was furnished to all parties listed. This official court copy contains the redacted SSN as required by the bankruptcy rules and the Judiciary's privacy policies.**

**Date: Jun 30, 2010**                    **Signature:**   *Joseph Speetjens*