# AMENDED FINAL DISTRIBUTION
# FINAL DISTRIBUTION

**Case Number:** 08-73389  
**Debtor Name:** HILL, DENNIS A.

Page: 1

**Date:** July 19, 2010  
**Time:** 09:46:06 AM

| Claim # | Payee Name | Claim Type | Amount Allowed | Paid to Date | Claim Balance | Proposed Pymt | Funds Remaining |
|---|---|---|---:|---:|---:|---:|---:|
| | Funds on Hand | | | | | | $14,991.26 |
| EXP | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 45.54 | 0.00 | 45.54 | 45.54 | 14,945.72 |
| ATTY | BERNARD J. NATALE, LTD. | Admin Ch. 7 | 7,507.50 | 0.00 | 7,507.50 | 7,507.50 | 7,438.22 |
| TRTE | BERNARD J. NATALE | Admin Ch. 7 | 2,250.17 | 0.00 | 2,250.17 | 2,250.17 | 5,188.05 |
| | SUBTOTAL FOR | ADMIN CH. 7 | 9,803.21 | 0.00 | 9,803.21 | 9,803.21 | |
| 2P | Illinois Department of Employment Security | Priority | 9,767.21 | 0.00 | 9,767.21 | 446.78 | 4,741.27 |
| 4P | Internal Revenue Service | Priority | 103,650.34 | 0.00 | 103,650.34 | 4,741.27 | 0.00 |
| | SUBTOTAL FOR | PRIORITY | 113,417.55 | 0.00 | 113,417.55 | 5,188.05 | |
| 1 | Ferguson Enterprises, Inc. | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 2S | Illinois Department of Employment Security | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 3 | The National Bank & Trust Company | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| 4S | Internal Revenue Service | Secured | 0.00 | 0.00 | 0.00 | 0.00 | 0.00 |
| | SUBTOTAL FOR | SECURED | 0.00 | 0.00 | 0.00 | 0.00 | |
| 2U | Illinois Department of Employment Security | Unsecured | 390.00 | 0.00 | 390.00 | 0.00 | 0.00 |
| 4U | Internal Revenue Service | Unsecured | 32,708.09 | 0.00 | 32,708.09 | 0.00 | 0.00 |
| | SUBTOTAL FOR | UNSECURED | 33,098.09 | 0.00 | 33,098.09 | 0.00 | |
| **<< Totals >>** | | | 156,318.85 | 0.00 | 156,318.85 | 14,991.26 | |

*NOTE: Final distribution is dependent on the Court's rulings on administrative expenses, contest of claims, and/or objections made to this final distribution.

**Administrative-Ch7**   100.000000%  
**Priority**   4.574292%  
**Secured**   0.000000%  
**Unsecured**   0.000000%