**UNITED STATES BANKRUPTCY COURT**
**NORTHERN DISTRICT OF ILLINOIS**
**WESTERN DIVISION**

In re: HILL, DENNIS A. § Case No. 08-73389
§
HILL HEATING & AIR CONDITIONING §
Debtor(s) §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION**
**REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED**
**AND APPLICATION TO BE DISCHARGED (TDR)**

BERNARD J. NATALE, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

| | |
|---|---|
| Assets Abandoned: $409,035.65 | Assets Exempt: $7,150.00 |
| Total Distribution to Claimants: $5,188.05 | Claims Discharged Without Payment: $141,327.59 |
| Total Expenses of Administration: $9,815.06 | |

3) Total gross receipts of $ 15,003.11 (see **Exhibit 1**), minus funds paid to the debtor and third parties of $ 0.00 (see **Exhibit 2**), yielded net receipts of $15,003.11 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (9/1/2009)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $635,175.00 | $94,100.36 | $0.00 | $0.00 |
| PRIORITY CLAIMS: | | | | |
| CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 9,815.06 | 9,815.06 | 9,815.06 |
| PRIOR CHAPTER ADMIN. FFES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 113,417.55 | 113,417.55 | 5,188.05 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 276,546.99 | 33,098.09 | 33,098.09 | 0.00 |
| **TOTAL DISBURSEMENTS** | $911,721.99 | $250,431.06 | $156,330.70 | $15,003.11 |

4) This case was originally filed under Chapter 7 on October 22, 2008.
. The case was pending for 23 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 10/11/2010          By: /s/BERNARD J. NATALE
                                                Trustee


**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (9/1/2009)**

# EXHIBITS TO
# FINAL ACCOUNT

### EXHIBIT 1 – GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT RECEIVED |
|---|---|---|
| 2001 Chevy Tahoe | 1129-000 | 2,500.00 |
| 1999 Chevy Van | 1129-000 | 500.00 |
| Compromise - Trust | 1229-000 | 12,000.00 |
| Interest Income | 1270-000 | 3.11 |
| **TOTAL GROSS RECEIPTS** | | **$15,003.11** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

### EXHIBIT 2 – FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| | N/A | | |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$0.00** |

### EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|

**UST Form 101-7-TDR (9/1/2009)**

## EXHIBIT 3 – SECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Ferguson Enterprises, Inc. | 4110-000 | N/A | 72,139.18 | 0.00 | 0.00 |
| Illinois Department of Employment Security | 4110-000 | N/A | 5,038.69 | 0.00 | 0.00 |
| The National Bank & Trust Company | 4110-000 | N/A | 7,387.19 | 0.00 | 0.00 |
| Internal Revenue Service | 4110-000 | N/A | 9,535.30 | 0.00 | 0.00 |
| American National Bank | 4210-000 | 31,000.00 | N/A | N/A | 0.00 |
| American National Bank | 4110-000 | 107,000.00 | N/A | N/A | 0.00 |
| American National Bank | 4110-000 | 78,000.00 | N/A | N/A | 0.00 |
| American National Bank | 4110-000 | 107,000.00 | N/A | N/A | 0.00 |
| American National Bank | 4210-000 | 32,000.00 | N/A | N/A | 0.00 |
| American National Bank | 4210-000 | 73,000.00 | N/A | N/A | 0.00 |
| GMAC Mortgage | 4110-000 | 99,175.00 | N/A | N/A | 0.00 |
| Old Second National Bank | 4110-000 | 100,000.00 | N/A | N/A | 0.00 |
| The National Bank & Trust | 4210-000 | 8,000.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | $635,175.00 | $94,100.36 | $0.00 | $0.00 |

## EXHIBIT 4 – CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| BERNARD J. NATALE, LTD. | 3120-000 | N/A | 45.54 | 45.54 | 45.54 |
| BERNARD J. NATALE, LTD. | 3110-000 | N/A | 7,507.50 | 7,507.50 | 7,507.50 |
| BERNARD J. NATALE | 2100-000 | N/A | 2,250.17 | 2,250.17 | 2,250.17 |
| INTERNATIONAL SURETIES, LTD | 2300-000 | N/A | 11.85 | 11.85 | 11.85 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | 9,815.06 | 9,815.06 | 9,815.06 |

**UST Form 101-7-TDR (9/1/2009)**

### EXHIBIT 5 – PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| | | N/A | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | | N/A | 0.00 | 0.00 | 0.00 |

### EXHIBIT 6 – PRIORITY UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Illinois Department of Employment Security | 5800-000 | N/A | 9,767.21 | 9,767.21 | 446.78 |
| Internal Revenue Service | 5800-000 | N/A | 103,650.34 | 103,650.34 | 4,741.27 |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | 0.00 | 113,417.55 | 113,417.55 | 5,188.05 |

### EXHIBIT 7 – GENERAL UNSECURED CLAIMS

| CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Illinois Department of Employment Security | 7100-000 | N/A | 390.00 | 390.00 | 0.00 |
| Internal Revenue Service | 7100-000 | N/A | 32,708.09 | 32,708.09 | 0.00 |
| Chase Cardmember Services | 7100-000 | 19,069.79 | N/A | N/A | 0.00 |
| Chase Cardmember Services | 7100-000 | 12,766.82 | N/A | N/A | 0.00 |
| Controlled Engineering | 7100-000 | 221,297.38 | N/A | N/A | 0.00 |
| DeKalb Daily Chronicle | 7100-000 | 273.83 | N/A | N/A | 0.00 |
| Ferguson Enterprises Inc | 7100-000 | 21,932.66 | N/A | N/A | 0.00 |
| Menard's | 7100-000 | unknown | N/A | N/A | 0.00 |
| Mid-Way Supply Inc | 7100-000 | 101.98 | N/A | N/A | 0.00 |
| Northern Illinois Disposal | 7100-000 | 1,104.53 | N/A | N/A | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

| Resource Bank | 7100-000 | unknown | N/A | N/A | 0.00 |
|---|---|---|---|---|---|
| **TOTAL GENERAL UNSECURED CLAIMS** | | 276,546.99 | 33,098.09 | 33,098.09 | 0.00 |

**UST Form 101-7-TDR (9/1/2009)**

Exhibit 8

Page: 1

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

**Case Number:** 08-73389  
**Case Name:** HILL, DENNIS A.  

**Period Ending:** 10/05/10

**Trustee:** (330370) BERNARD J. NATALE  
**Filed (f) or Converted (c):** 10/22/08 (f)  
**§341(a) Meeting Date:** 11/20/08  
**Claims Bar Date:** 11/18/09

| 1 | | 2 | 3 | 4 | 5 | 6 |
|---|---|---|---|---|---|---|
| Ref. # | Asset Description (Scheduled And Unscheduled (u) Property) | Petition/ Unscheduled Values | Estimated Net Value (Value Determined By Trustee, Less Liens, Exemptions, and Other Costs) | Property Abandoned OA=§554(a) DA=§554(c) | Sale/Funds Received by the Estate | Asset Fully Administered (FA)/ Gross Value of Remaining Assets |
| 1 | Debtor's Homestead, Suycamore, Illinois | 250,000.00 | 0.00 | DA | 0.00 | FA |
| 2 | Duplex located at 231-233 Ellen Street, Illinois | 150,000.00 | 0.00 | DA | 0.00 | FA |
| 3 | Cash in debtor's possession | 100.00 | 0.00 | DA | 0.00 | FA |
| 4 | Checking account at NB&T, Sycamore | 600.00 | 0.00 | DA | 0.00 | FA |
| 5 | Checking account at NB&T | 390.00 | 0.00 | DA | 0.00 | FA |
| 6 | Savings account at NB&T, Sycamore IL | 174.00 | 0.00 | DA | 0.00 | FA |
| 7 | Checking account at Castle Bank DeKalb IL | 171.30 | 0.00 | DA | 0.00 | FA |
| 8 | Undivided 1/2 interest in used household furnish | 1,000.00 | 0.00 | DA | 0.00 | FA |
| 9 | Necessary used clothing. | Unknown | 0.00 | DA | 0.00 | FA |
| 10 | Interest in partnership Gardens of River Mist, L    ORDER ENTERED ON 12/10/08 DENYING CLAIM OF EXEMPTION | 0.10 | Unknown | DA | 0.00 | FA |
| 11 | Partnership in BRB Ent, LLC 617 East Fourth Stre    ORDER ENTERED ON 12/10/08 DENYING CLAIM OF EXEMPTION | 0.25 | Unknown | DA | 0.00 | FA |
| 12 | 2001 Chevy Tahoe | 3,100.00 | 2,015.30 | | 2,500.00 | FA |
| 13 | 2003 Chrysler Sebring | 3,500.00 | 0.00 | DA | 0.00 | FA |
| 14 | 2003 GMC cargo van | 2,050.00 | 0.00 | DA | 0.00 | FA |
| 15 | 1999 Chevy Van | 500.00 | 500.00 | | 500.00 | FA |
| 16 | Equip at 403 N. Main Street, Sycamore, Illinois | 300.00 | 300.00 | DA | 0.00 | FA |
| 17 | Located at 403 N. Main St., Sycamore IL Equipmen | 750.00 | 0.00 | DA | 0.00 | FA |
| 18 | Compromise - Trust  (u) | Unknown | 0.00 | | 12,000.00 | FA |
| Int | INTEREST  (u) | Unknown | N/A | | 3.11 | FA |
| 19 | Assets  Totals (Excluding unknown values) | $412,635.65 | $2,815.30 | | $15,003.11 | $0.00 |

**Major Activities Affecting Case Closing:**

TRUSTEE INVESTIGATING POSSIBLE FRAUDLENT CONVEYANCE, DEBTOR'S INTERST IN FAMILY TRUST.

Printed: 10/05/2010 03:07 PM     V.12.52

Exhibit 8

# Form 1

## Individual Estate Property Record and Report
## Asset Cases

Page: 2

**Case Number:** 08-73389
**Case Name:** HILL, DENNIS A.

**Trustee:** (330370)   BERNARD J. NATALE
**Filed (f) or Converted (c):** 10/22/08 (f)
**§341(a) Meeting Date:** 11/20/08

**Period Ending:** 10/05/10

**Claims Bar Date:** 11/18/09

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|

**Initial Projected Date Of Final Report (TFR):**   December 31, 2010   **Current Projected Date Of Final Report (TFR):**   June 16, 2010  (Actual)

Exhibit 9

# Form 2

Page: 1

## Cash Receipts And Disbursements Record

**Case Number:** 08-73389  
**Case Name:** HILL, DENNIS A.  
**Taxpayer ID #:** **-***0111  
**Period Ending:** 10/05/10

**Trustee:** BERNARD J. NATALE (330370)  
**Bank Name:** JPMORGAN CHASE BANK, N.A.  
**Account:** ***-*****49-65 - Money Market Account  
**Blanket Bond:** $552,000.00   (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 10/07/09 |  | Jeff Krasner | Payment of Compromise on Vehicles |  | 3,000.00 |  | 3,000.00 |
|  | {12} |  | Purchase 01 Tahoe         2,500.00 | 1129-000 |  |  | 3,000.00 |
|  | {15} |  | Purchase of 99 Van         500.00 | 1129-000 |  |  | 3,000.00 |
| 10/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.08 |  | 3,000.08 |
| 11/30/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.12 |  | 3,000.20 |
| 12/31/09 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.12 |  | 3,000.32 |
| 01/29/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.11 |  | 3,000.43 |
| 02/26/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.11 |  | 3,000.54 |
| 03/31/10 | Int | JPMORGAN CHASE BANK, N.A. | Interest posting at  0.0500% | 1270-000 | 0.13 |  | 3,000.67 |
| 04/06/10 | Int | JPMORGAN CHASE BANK, N.A. | Current Interest Rate is  0.0500% | 1270-000 | 0.02 |  | 3,000.69 |
| 04/06/10 |  | Wire out to BNYM account 9200******4965 | Wire out to BNYM account 9200******4965 | 9999-000 | -3,000.69 |  | 0.00 |

|  |  |  |  |
|---|---|---|---|
| **ACCOUNT TOTALS** | 0.00 | 0.00 | $0.00 |
| Less: Bank Transfers | -3,000.69 | 0.00 |  |
| **Subtotal** | 3,000.69 | 0.00 |  |
| Less: Payments to Debtors |  | 0.00 |  |
| **NET Receipts / Disbursements** | **$3,000.69** | **$0.00** |  |

{} Asset reference(s)

Printed: 10/05/2010 03:07 PM    V.12.52

Exhibit 9

## Form 2

Page: 2

### Cash Receipts And Disbursements Record

| | |     | | |
|---|---|---|---|---|
| **Case Number:** | 08-73389 | **Trustee:** | BERNARD J. NATALE (330370) | |
| **Case Name:** | HILL, DENNIS A. | **Bank Name:** | The Bank of New York Mellon | |
| | | **Account:** | 9200-******49-65 - Money Market Account | |
| **Taxpayer ID #:** | **-***0111 | **Blanket Bond:** | $552,000.00  (per case limit) | |
| **Period Ending:** | 10/05/10 | **Separate Bond:** | N/A | |

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Money Market<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 04/06/10 | | Wire in from JPMorgan Chase Bank, N.A. account ********4965 | Wire in from JPMorgan Chase Bank, N.A. account ********4965 | 9999-000 | 3,000.69 | | 3,000.69 |
| 04/29/10 | {18} | Donna L Hill | Pymt of Compromise - Trust | 1229-000 | 12,000.00 | | 15,000.69 |
| 04/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.14 | | 15,000.83 |
| 05/28/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.90 | | 15,001.73 |
| 06/03/10 | 11001 | INTERNATIONAL SURETIES, LTD | BOND PREMIUM PAYMENT ON LEDGER BALANCE AS OF 06/01/2010 FOR CASE #08-73389, BOND #016018067 | 2300-000 | | 11.85 | 14,989.88 |
| 06/30/10 | Int | The Bank of New York Mellon | Interest posting at 0.0700% | 1270-000 | 0.86 | | 14,990.74 |
| 07/19/10 | Int | The Bank of New York Mellon | Current Interest Rate is 0.0700% | 1270-000 | 0.52 | | 14,991.26 |
| 07/19/10 | | To Account #9200******4966 | Transfer for Final Distribution | 9999-000 | | 14,991.26 | 0.00 |
| | | | **ACCOUNT TOTALS** | | 15,003.11 | 15,003.11 | $0.00 |
| | | | Less: Bank Transfers | | 3,000.69 | 14,991.26 | |
| | | | **Subtotal** | | 12,002.42 | 11.85 | |
| | | | Less: Payments to Debtors | | | 0.00 | |
| | | | **NET Receipts / Disbursements** | | **$12,002.42** | **$11.85** | |

{} Asset reference(s)                                                                                           Printed: 10/05/2010 03:07 PM    V.12.52

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 3

| Case Number: | 08-73389 | | Trustee: | BERNARD J. NATALE (330370) |
|---|---|---|---|---|
| Case Name: | HILL, DENNIS A. | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******49-66 - Checking Account |
| Taxpayer ID #: | **-***0111 | | Blanket Bond: | $552,000.00   (per case limit) |
| Period Ending: | 10/05/10 | | Separate Bond: | N/A |

| 1 Trans. Date | 2 {Ref #} / Check # | 3 Paid To / Received From | 4 Description of Transaction | T-Code | 5 Receipts $ | 6 Disbursements $ | 7 Checking Account Balance |
|---|---|---|---|---|---|---|---|
| 07/19/10 | | From Account #9200******4965 | Transfer for Final Distribution | 9999-000 | 14,991.26 | | 14,991.26 |
| 07/21/10 | 101 | BERNARD J. NATALE | Dividend paid 100.00% on $2,250.17, Trustee Compensation;  Reference: | 2100-000 | | 2,250.17 | 12,741.09 |
| 07/21/10 | 102 | Illinois Department of Employment Security | Distribution paid   4.57% on $9,767.21; Claim# 2P; Filed: $9,767.21; Reference: 6471 | 5800-000 | | 446.78 | 12,294.31 |
| 07/21/10 | 103 | Internal Revenue Service | Distribution paid   4.57% on $103,650.34; Claim# 4P; Filed: $103,650.34; Reference: 6471 | 5800-000 | | 4,741.27 | 7,553.04 |
| 07/21/10 | 104 | BERNARD J. NATALE, LTD. | Combined Check for Claims#ATTY,EXP | | | 7,553.04 | 0.00 |
| | | | Dividend paid 100.00%           7,507.50 on $7,507.50;  Claim# ATTY; Filed: $7,507.50 | 3110-000 | | | 0.00 |
| | | | Dividend paid 100.00%           45.54 on $45.54;  Claim# EXP; Filed: $45.54 | 3120-000 | | | 0.00 |

| | | | |
|---|---|---|---|
| ACCOUNT TOTALS | 14,991.26 | 14,991.26 | $0.00 |
| Less: Bank Transfers | 14,991.26 | 0.00 | |
| Subtotal | 0.00 | 14,991.26 | |
| Less: Payments to Debtors | | 0.00 | |
| NET Receipts / Disbursements | $0.00 | $14,991.26 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| MMA # ***-*****49-65 | 3,000.69 | 0.00 | 0.00 |
| MMA # 9200-******49-65 | 12,002.42 | 11.85 | 0.00 |
| Checking # 9200-******49-66 | 0.00 | 14,991.26 | 0.00 |
| | $15,003.11 | $15,003.11 | $0.00 |